# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152388(18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STANFORD ROLDELL GARVIN,
      Defendant-Appellant.

SC: 152388
COA: 328480
Wayne CC: 88-011611-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's June 28, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016

Clerk

p1017